UNITED STATES COURT OF INTERNATIONAL TRADE

```
-----------------------------------------------------------------x
Kehoe Component Sales, Inc.,                      :
                                                  :
                        Plaintiff,                :        Court No. 18-00212
                                                  :
                             v.                   :
                                                  :
United States,                                    :
                                                  :
                        Defendant.                :
-----------------------------------------------------------------x
```

**COMPLAINT**

Plaintiff, Kehoe Component Sales, Inc., through its undersigned attorneys, alleges the following as its compliant against the United States in this case:

1. The United States Court of International Trade has jurisdiction over this action pursuant to 28 U.S.C. § 1581(a).

2. Plaintiff is the importer of record of the merchandise at issue (the "subject merchandise").

3. The protests and summons herein were timely filed.

4. All liquidated duties, charges, and exactions were paid prior to commencement of this action.

5. The subject merchandise consists of heating blanket controllers ("heating controllers"), with or without other words of description.

6. The subject merchandise was classified upon liquidation by U.S. Customs and Border Protection ("CBP") under subheading 8537.10.9070, HTSUS, which provides, *inter alia*, for other panels, consoles or boards, for electric control, for a voltage not exceeding 1,000V, dutiable at the rate of 2.7% *ad valorem*.

7.  The subject merchandise is properly classifiable under subheading 9032.89.60, HTSUS, which provides, *inter alia*, for other instruments and apparatus, other, other, dutiable at the rate of 1.7% *ad valorem*.

8.  The subject heating controllers are designed to control the level of heat generated by an electrical blanket.

9.  Note 7(b) to Chapter 90, HTSUS, provides that heading 9032 applies to the following:

> Automatic regulators of electrical quantities, and instruments or apparatus for automatically controlling non-electrical quantities the operation of which depends on an electrical phenomenon varying according to the factor to be controlled, which are designed to bring this factor to, and maintain it at, a desired value, stabilized against disturbances, by constantly or periodically measuring its actual value.

10. The heating controllers feature two measuring devices that control the voltage applied to the heating element to achieve and maintain the selected temperature.

11. The heating controllers feature a micro-controller processor and surrounding circuitry that constitute the electrical control device.

12. Based on the signal from the micro-controller, the semiconductor triac (AC switch) acts a starting/stopping device that either applies or disconnects AC line voltage to the blanket heating element.

13. The subject merchandise cannot be classified in heading 8537, HTSUS, because Section XVI, Note 1(m) precludes "[a]rticles of chapter 90" from classification under that provision.

**WHEREFORE**, plaintiff respectfully requests that this Court render judgment sustaining classification of the subject merchandise under subheading 9032.89.60, HTSUS, and direct CBP to reliquidate each entry covered by this action under subheading 9032.89.60, HTSUS and issue refunds of excess duties collected with lawful interest.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
Attorneys for Plaintiff
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel. (212) 557-4000
jspraragen@gdlsk.com

/s/ Joseph M. Spraragen
Robert B. Silverman
Joseph M. Spraragen

Dated:  New York, New York
        October 5, 2021

11307674_1